IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60366
Conference Calendar
_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellant,

versus

ANGELA STAFFNEY,

                              Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:94-CR-69-LN
- - - - - - - - - -
April 18, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appellant appeals from her guilty plea conviction and sentence for possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1). She contends that the district court erred in declining to apply a four-level decrease in her base offense level for her role as a minimal participant under U.S.S.G. § 3B1.2(a).

We have reviewed the record, the briefs, and the district court's oral ruling and perceive no reversible error. Accordingly, we affirm on the reasoning of the district court.

AFFIRMED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.